WILLIAM H. CADWELL *vs.* THE CONNECTICUT COMPANY.

First Judicial District.

Argued October 6th—decided December 17th, 1915.

ACTION to recover damages for constructing and operating a street railway in front of the plaintiff's premises without authority of law, and for an injunction, brought to and tried by the Superior Court in Hartford County, *Burpee, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff. *No error.*

*Charles H. Mitchell,* for the appellant (plaintiff).

*John T. Robinson,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in Hartford County.